UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WEIJUN LIANG,<br><br>      Petitioner,<br><br>    v.<br><br>BRIAN ENGLISH, PAMELA BONDI,<br>KRISTI NOEM, MARCOS CHARLES,<br>and TODD LYONS,<br><br>      Respondents. | CAUSE NO. 3:25cv1052 DRL-SJF |

ORDER

To assist the court's consideration of Weijun Liang's habeas corpus petition, the court ORDERS the respondents to provide by **March 18, 2026**, certain documentation regarding the initial decision to release the petitioner on an Order of Supervision around 2017, including (1) the Order of Supervision and (2) the record of any custody review that occurred during his initial detention and separately for his current detention. Both parties may provide any other relevant evidence by **March 18, 2026**, concerning whether Mr. Liang's release in 2017 was because his removal was not reasonably foreseeable and, if not, the basis for his release, as well as whether his release was pursuant to 8 C.F.R. § 241.4 or 8 C.F.R. § 241.13.

SO ORDERED.

March 12, 2026

*s/ Damon R. Leichty*
Judge, United States District Court