UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

WEIJUN LIANG,

      Petitioner,

    v.                                      CAUSE NO. 3:25cv1052 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted, ordering the respondent to release Weijun Liang on the same conditions of supervised release that existed before his re-detention. ECF 20. The Warden reports that the petitioner has since been released. ECF 22. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

March 31, 2026                        *s/ Damon R. Leichty*
                                       Judge, United States District Court